UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 22-5695-MWF(JPRx)**                                     Date: January 12, 2023

Title   **Rosa Ramirez, et al. v. NBGI, Inc., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PARTICIPATE IN JOINT RULE 26(f) REQUIREMENTS; ORDER VACATING SCHEDULING CONFERENCE**

The Court has reviewed the docket report and identifies the following:

- August 11, 2022: Defendant Real Time Resolutions Inc. ("Real Time") removed this action from the Superior Court.  ("NoR," Docket No. 1).
- August 18, 2022: the Court filed a Self-Representation Order because Plaintiffs Rosa Ramirez and Atanacio Zelayandia are proceeding without counsel.  (Docket No. 7).
- August 29, 2022: Defendant Real Time filed its Answer to Complaint.  (Docket No. 8).
- August 29, 2022: Plaintiffs filed a Motion to Remand Case.  (Docket No. 9).
- September 1, 2022: the Court filed an Order Setting Scheduling Conference; the hearing was set for November 28, 2022.  (Docket No. 12).
- October 19, 2022: the Court denied Plaintiffs' Motion to Remand.  (Docket No. 16).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.     **CV 22-5695-MWF(JPRx)**                                    Date:  January 12, 2023

Title         **Rosa Ramirez, et al. v. NBGI, Inc., et al.**

- October 31, 2022: Plaintiffs filed a Motion to Consolidate.  (Docket No. 18).  On November 2, 2022, the Court continued the hearing on the Motion to Consolidate to December 5, 2022.  (Docket No. 19).
- November 4, 2022: the Court continued the Scheduling Conference to January 23, 2023.  (Docket No. 20).
- November 29, 2022: the Court denied Plaintiffs' Motion to Consolidate.  (Docket No. 30).
- December 6, 2022: Plaintiffs filed an Ex Parte Application for Temporary Restraining Order.  (Docket No. 32).
- December 6, 2022: Plaintiffs filed a Request for Clerk to Enter Default against Defendants NGBI, Inc., Real Time Resolutions Inc., and ZBS Law, LLP.  (Docket No. 36).
- December 7, 2022: the Court denied Plaintiffs' Ex Parte Application for Temporary Restraining Order.  (Docket No. 35).
- December 8, 2022: the Clerk of Court filed a Notice of Deficiency Re: Request for Clerk to Enter Default.  (Docket No. 37).
- December 15, 2022: Plaintiffs filed a second Request for Entry of Default against Defendants NGBI, Inc. and ZBS Law.  (Docket No. 38).  Plaintiffs also filed a Proof of Service by Mail of the Request for Entry of Default to Defendant Real Time.  (Docket No. 39).
- December 19, 2022: the Clerk of Court filed a Notice of Deficiency Re: Request for Clerk to Enter Default.  (Docket No. 40).  The deficiency noted that Plaintiffs have not filed Proofs of Service of the Summons and Complaint on Defendants NGBI, Inc. and ZBS Law.
- January 4, 2023: Defendant Real Time filed a unilateral Rule 26(f) Report to comply with the Court's Order Setting Scheduling Conference.  Counsel for Defendant Real Time stated that he was unable to make contact with Plaintiffs to meet and confer to prepare the Rule 26(f) Report.  (Docket No. 41).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-5695-MWF(JPRx)**                                Date:  January 12, 2023

Title       **Rosa Ramirez, et al. v. NBGI, Inc., et al.**

The Court now **ORDERS** Plaintiffs to **SHOW CAUSE**, in writing, why this action should not be dismissed for lack of prosecution.  The Court will accept the following in response to this Order **no later than FEBRUARY 3, 2023**.  Failure to respond to this Order to Show Cause may result in dismissal of this action.

- Proof of Service of the Summons and Complaint on Defendants NGBI, Inc. and ZBS Law, LLP.  The proofs of service must reflect proper service pursuant to Federal Rule of Civil Procedure 4.
    - If Plaintiffs do not properly serve Defendants NGBI, Inc. and ZBS Law, LLP and file proof of service by February 3, 2023, those Defendants will be dismissed from this action.

- Pursuant to Local Rules 5-4.8.1 and 83-2.4, Plaintiffs must keep the Court informed of current contact information, including mailing addresses, telephone numbers and email addresses.  Plaintiffs shall each file a Notice of Change of Contact Information.  For convenience, the Court attaches Form G-06.
    - If Plaintiffs do not advise the Court and opposing counsel of their current contact information by February 3, 2023, the Court may dismiss the entire action for failure to prosecute pursuant to Local Rule 41-6.

The January 23, 2023 Scheduling Conference is **VACATED** and no appearances shall be made.  The Court will re-set the Scheduling Conference and/or require a Joint Rule 26(f) Report if it is appropriate to do so.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm