UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** | CV 22-5695-MWF (JPRx) | **Date:** March 26, 2024 |
| **Title:** | Rosa Ramirez, et al. v. NBGI, Inc., et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:
Rita Sanchez

Court Reporter:
Not Reported

Attorneys Present for Plaintiffs:
None Present

Attorneys Present for Defendants:
None Present

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE

On March 8, 2024, the Court ordered the parties to meet and confer and file a Joint Stipulation with new proposed pre-trial and trial dates by March 22, 2024. (Docket No. 112).

On March 22, 2024, Defendant ZBS Law, LLP ("ZBS") filed its Proposed New Pre-Trial and Trial Dates. (Docket No. 113). In that document, ZBS indicated that it attempted to meet and confer with Plaintiffs by email without any success. (*Id.* at 2).

On March 25, 2024, Defendant NBGI, Inc. ("NBGI") filed its Proposed New Pre-Trial and Trial Dates and indicated that it stipulates to ZBS's proposed dates. (Docket No. 114 at 2). NBGI noted that it tried contacting Plaintiffs by phone and left a voicemail but has not heard back.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** ("OSC"), in writing, by no later than **April 5, 2024**, why this action should not be dismissed for failure to comply with the Court's Order and/or failure to prosecute under Federal Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) ("[A] District Court may dismiss a complaint for failure to prosecute[.]"); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that the district court may dismiss action for failure to comply with any court order).

Plaintiffs are warned that failure to respond to the OSC by **April 5, 2024**, will result in dismissal of this action. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

| | | |
|---|---|---|
| | **CIVIL MINUTES—GENERAL** | 1 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 22-5695-MWF (JPRx)                                    **Date:**  March 26, 2024
**Title:**     Rosa Ramirez, et al. v. NBGI, Inc., et al.

IT IS SO ORDERED.

The Court notes that Plaintiffs do not have a lawyer. Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.